Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK URBINA-ESCOTO,<br><br>Defendant. | NO.   CR20-131-RSM<br><br>ORDER |

The Court issues this order after reviewing the government's second unopposed motion to continue trial.

Trial is currently scheduled for December 15, 2020. Trials are not being held in the Seattle Courthouse during the month of November due to the COVID-19 pandemic.

The defendant is currently in ICE custody on an immigration detainer. Communication between defense counsel and the defendant has been difficult to arrange and somewhat sporadic.

Defense counsel has indicated that the defense does not oppose the request for a continuance but that Mr. Urbina-Escoto will not be signing a speedy trial waiver.

Having considered the proposed requests for a continuance, any responses and objections, and all the files and records herein, the Court finds and rules as follows:

The facts supporting continuing the trial and excluding the consequent delay include the following: (a) the number of related indictments and related defendants; (b) the nature of

the prosecution, which includes wiretaps over multiple phone lines; (c) the significant sentences faced by the defendant as currently charged, (d) the volume of discovery which has resulted in the appointment of a discovery coordinator at the request of the defendants, and (e) the need for defense counsel to have an appropriate period to review discovery, consult with their clients, and prepare a defense.

Additional facts supporting continuing the trial and excluding the consequent delay include the following: (a) given the COVID-19 pandemic the Court is currently closed, no jury trials are being held, and it is unlikely it will be possible that a case of this size will be tried in the immediate future, and (b) the difficulties that the COVID-19 pandemic has imposed on counsel in consulting with their clients, especially those who are incarcerated. In this regard, the Court adopts the facts set forth in in its General Orders, which are incorporated by this reference, issued since the inception of the pandemic.

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i) and (ii) that this case is sufficiently unusual and complex, due the nature of the investigation and prosecution, and that the COVID-19 pandemic will adversely impact the counsels' ability to effectively consult with their clients and prepare for trial, and that the COVID-19 pandemic will prevent the Court from holding a multi-defendant trial in the immediate future, such that it is unreasonable to expect adequate preparation by the parties for pretrial proceedings or for the trial itself by the current trial date, or for the immediate future.

THE COURT THEREFORE FINDS that failure to grant the continuance in this case would likely make the continuation of these related proceedings impossible and result in a miscarriage of justice, because failing to continue this matter for a considerable period of time would deny counsel for the parties the reasonable time necessary for effective preparation, due to defense counsels' need for more time to review the considerable volume of discovery and evidence produced, and still to be produced, and to consider possible defenses and motions, taking into account the exercise of due diligence.

Order - 2
*U.S. v. Urbina-Escoto.*, CR20-131-RSM

1  THE COURT FINDS, in light of these factors, that it is unlikely that the parties can
2  be reasonably ready to try this matter before February 1, 2021, at the earliest.
3  THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(6)
4  and (7), that this is a reasonable period of delay. The Court finds that given the complexity of
5  the case and the volume of discovery produced, and still to be produced, that more time is, in
6  fact, necessary.
7  THIS COURT FINDS, therefore, that pursuant to Title 18, United States Code,
8  Sections 3161(h)(6) and 3161(h)(7), the ends of justice will best be served by a continuance,
9  and that they outweigh the interests of the public and the defendant in a speedy trial.
10  THIS COURT FURTHER FINDS that all of the additional time requested between
11  the current trial date of and the new trial date of February 1, 2021, is necessary to provide
12  counsel for the defendant the reasonable time necessary to prepare for trial.
13  NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be
14  continued until February 1, 2021, at 9:00 a.m.
15  IT IS FURTHER ORDERED that the time between this date and the new trial date is
16  excluded in computing the time within which a trial must be held pursuant to Title 18,
17  United States Code, Section 3161, et seq.
18  DATED this 8th of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
BRIAN T. MORAN
United States Attorney

*/s/ Stephen Hobbs*
STEPHEN HOBBS
BENJAMIN DIGGS
Assistant United States Attorneys

Order - 3
*U.S. v. Urbina-Escoto.*, CR20-131-RSM