The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

ERICK URBINA-ESCOTO,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No.: CR20-131-RSM

**ORDER FOR APPOINTMENT OF CO-COUNSEL**

     THIS COURT having considered Defendants ex-parte motion for appointment of co-counsel, made orally to this Court on May 25, 2021, the Court hereby FINDS as follows:

1. There is a short time frame between the April 22, 2021 appointment of defense counsel Emily Beschen and the June 14, 2021 trial date in this matter.

2. The defense needs additional assistance of co-counsel in order to prepare this matter for trial with review of a large volume of discovery, drafting motions in limine, and trial briefing.

3. Defense counsel Emily Beschen is participating in a mentorship program for new CJA counsel. Casey Stamm has been providing mentorship to Ms. Beschen on this case over the past month and is familiar with the matter, making her the best option to act as co-counsel on this case.

4. Defendant has opposed further continuances of the trial date, and appointment of Ms. Stamm will further the administration of justice.

   ///

   ///

BUTLER BESCHEN LAW PLLC
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448

This COURT ORDERS, the appointment of Casey Stamm as co-counsel on the above entitled matter, pursuant to the Criminal Justice Act, 18 United States Code Section 3006A.

DATED this 27th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Emily C. Beschen*
Emily C. Beschen, WSBA#43813
Attorney for Defendant

BUTLER BESCHEN LAW PLLC
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the attorney(s) of the record for all parties.

DATED this 26th day of May, 2021.


   /s/ Annalise Csicsery
Annalise Csicsery
Legal Assistant
103 E. Holly Street, Suite 512
Bellingham, WA 98225
Phone: (360) 734-3448
Fax: (360) 734-7975
Email: annalise@butlerbeschenlaw.com

URBINA-ESCOTO – 211FC00715
PAGE 3 OF 3
Order Appointing Co-counsel

BUTLER BESCHEN LAW PLLC
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448