The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-131RSM |
| Plaintiff, | |
| v. | ORDER |
| ERICK URBINA-ESCOTO, | |
| Defendant. | |

THIS COURT makes the following findings of fact and conclusions of law in response to the defense request to continue the trial date.

1. Trial in this matter was scheduled for June 14, 2021.
2. On April 19, 2021, original trial counsel was granted permission to withdraw.
3. On April 22, 2021, counsel Emily Beschen was appointed to represent the Defendant.
4. On June 8, 2021, a pre-trial status hearing was held. At this hearing, counsel for the Defendant requested a continuance of the trial date, indicating that Mr. Urbina-Escoto was willing to waive his right to a speedy trial in order to allow more time for the defense to investigate and prepare a defense. The government did not object to the requested continuance.
5. Mr. Urbina-Escoto has filed a speedy trial waiver through October 5, 2021.

Order Continuing Trial Date
*U.S. v. Urbina-Escoto*, CR20-131RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. While this is a single-defendant case, the Court is aware that it stems from, and is related to, a much larger investigation in which multiple defendants have been charged under several cause numbers and involving a large volume of discovery sufficient to justify appointing a discovery coordinator.

7. The ends of justice served by granting this request and continuance of both the motions deadline and trial date outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

8. Proceeding to trial absent adequate time for the parties to prepare for trial would likely result in a miscarriage of justice because the defendant would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(i) and (B)(iv).

9. Furthermore, the Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the case is unusual and complex, due to the nature of the prosecution and the volume of discovery, such that it would be unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case, particularly in light of the recent appointment of defense counsel.

10. The Court also finds, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), that the period of delay is reasonable.

11. As a result, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendant to a speedy trial.

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date of June 14, 2021, and the associated pretrial motions deadline, is STRICKEN.

IT IS FURTHER ORDERED that jury trial in this matter is set for September 20, 2021.

IT IS FURTHER ORDERED that a new pre-trial motions deadline is set for September 7, 2021.

Order Continuing Trial Date
*U.S. v. Urbina-Escoto*, CR20-131RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that the time from the date of the entry this Order and the trial date set forth above shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this 24th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney

Reviewed and Approved:

s/ *Emily Beschen*
EMILY BESCHEN
Counsel for Erick Urbina-Escoto

Order Continuing Trial Date
*U.S. v. Urbina-Escoto*, CR20-131RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970