THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERICK URBINA-ESCOTO,<br><br>Defendant. | Case No.: 2:20-cr-00131-RSM<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT** |

This matter having come before the Court on motion of Erick Urbina-Escoto by and through his counsel Robert D. Butler, respectfully moving this Court for an Order Granting Motion to Withdraw. The Court having considered the motion, the Court finds that good cause exists for the motion; NOW, THEREFORE,

IT IS HEREBY ORDERED that the motion seeking to withdraw as counsel is GRANTED.

DATED this 6th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

BUTLER BESCHEN LAW PLLC
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448

Presented by:

*/s/Robert D. Butler*
Robert D. Butler, WSBA#22475
Attorney for Defendant
103 E. Holly Street, Suite 512
Bellingham, WA 98225
Phone: (360) 734-3448
Fax: (360) 734-7975
Email: bob@butlerbeschenlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the attorney(s) of the record for all parties. I hereby certify that I have served by any other parties of record that are non CM/ECF participants via Tele-fax or United States Postal Mail.

DATED this 6th day of DECEMBER, 2021.

*/s/ Annalise Csicsery*
Annalise Csicsery
Legal Assistant
103 E. Holly Street, Suite 512
Bellingham, WA 98225
Phone: (360) 734-3448
Fax: (360) 734-7975
Email: admin@butlerbeschenlaw.com

BUTLER BESCHEN LAW PLLC
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448