Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ERICK URBINA-ESCOTO<br><br>Defendant. | NO. CR20-131 RSM<br><br>ORDER TO SEAL GOVT. SENTENCING MEMO'S EXHIBIT B |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Exhibit B of the government sentencing memo,

It is hereby ORDERED that Exhibit B, shall remain sealed.

DATED this 8th day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Stephen P. Hobbs*
STEPHEN P. HOBBS
Assistant United States Attorney

Order to Seal
*United States v.* Erick Urbina-Escoto/ CR20-131 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970