Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ERICK URBINA-ESCOTO<br><br>Defendant. | NO. CR20-131 RSM<br><br>ORDER TO SEAL GOVT. SENTENCING MEMO'S EXHIBIT C |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Exhibit C of the government sentencing memo,

It is hereby ORDERED that Exhibit C, shall remain sealed.

DATED this 8th day of February, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Stephen P. Hobbs*
STEPHEN P. HOBBS
Assistant United States Attorney

Order to Seal
*United States v.* Erick Urbina-Escoto/ CR20-131 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970